IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:96-cr-00036-MP

EDDIE LEE GORDON,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on doc. 153, defendant's motion to modify his sentence, and doc. 155, defendant's motion under Federal Rule of Civil Procedure 60(b)(6) to vacate the judgment denying his previously filed § 2255 petition. In these motions, the defendant simply raises again two arguments previously rejected by this court in previous orders, and by the Eleventh Circuit on appeal. As such, defendant is in reality attempting to file successive § 2255 petitions without receiving prior permission from the Eleventh Circuit. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motions at doc. 153 and 155 are denied.

**DONE AND ORDERED** this _4th_ day of October, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge