IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 4:96-cr-00036-MP

EDDIE  LEE  GORDON,

     Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 157, Motion for Reconsideration re Doc. 155,

Motion Relief from Judgment of 28 U.S.C. §  2255 Pursuant to Federal Rule of Civil Procedure

60(b)(6), filed by Eddie Lee Gordon.  Previously, this matter was before the Court on doc. 153,

defendant's motion to modify his sentence, and doc. 155, defendant's motion under Federal Rule

of Civil Procedure 60(b)(6) to vacate the judgment denying his previously filed § 2255 petition.

In these motions, the defendant simply raises again two arguments previously rejected by this

court in previous orders, and by the Eleventh Circuit on appeal.  As such, defendant is in reality

attempting to file successive § 2255 petitions without receiving prior permission from the

Eleventh Circuit.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     The Motion for Reconsideration, doc. 157, is denied.  Additionally, the Clerk shall not
accept for filing any additional motion filed by Mr. Gordon unless directed to do so by
order of the Court.

     **DONE AND ORDERED** this  *28th*  day of June, 2006


*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge