IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 4:96-cr-00036-MP

EDDIE LEE GORDON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on various motions. First, in Doc. 169, Mr. Gordon moves to appeal in forma pauperis. This motion is denied as moot. The mandate of the United States Court of Appeals for the Eleventh Circuit at Doc. 172 dismissed his appeal as untimely. Second, Doc. 173, Mr. Gordon's motion to vacate, should be terminated as the Court now grants Doc. 174, his motion to withdraw that motion to vacate.

Third, in Doc. 176, Mr. Gordon moves the Court to reduce his sentence under 18 U.S.C. § 3582(c)(2), based on Amendments 706, 711 and 715 to the United States Sentencing Guidelines ("Guidelines"). However, Defendant was sentenced based upon 2.365 kilograms of crack, which resulted in a Base Offense Level 38, and Total Offense Level 42. Because he had a criminal history category VI, this resulted in a guideline range of 360-to-Life. Even if he were to receive a two-level downward departure, this would still result in a guideline range of 360-to-Life. Because the amendment does not lower the guideline range applicable to this defendant, § 1B1.10(a)(1) does not permit the Court to reduce the original sentence. Thus, Doc. 176 is denied. Additionally, this analysis is straightforward and thus release of the presentence report is not likely to be helpful to Mr. Gordon. The motions to release the report, at Docs. 175

and 177 are therefore denied.  Finally, the motion to amend at Doc. 180 is granted; the Court has considered the amended response by Mr. Gordon.

Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The Motions at Docs. 169, 175, 176 and 177 are denied.  The motion to withdraw at Doc. 174 is granted, and thus the motion at Doc. 173 is terminated.  The motion to amend at Doc. 180 is granted.

**DONE AND ORDERED** this  *15th*   day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge