IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               CASE NO. 4:96-cr-00036-MP All Defendants

EDDIE LEE GORDON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 205, a letter to the Court, which the Court construes to be a motion to reconsider the decision of the Court upholding his sentence. Doc. 110. Having considered the motion, the Court finds no reason to reconsider the prior decision of the Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 205, construed as a motion to reconsider, is denied.

**DONE AND ORDERED** this _5th_ day of August, 2011

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge