**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.  CASE NO. 4:96-cr-00036-MP-CAS

EDDIE LEE GORDON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 225, Report and Recommendation of the Magistrate Judge, recommending that this successive application under § 2255 be summarily denied because Mr. Gordon did not, before filing his application in the district court, obtain an order of the Eleventh Circuit Court of Appeals authorizing the district court to consider the application. In his amended objection, Docs. 226 and 227, Mr. Gordon requests that this Court simply forward his application to the Eleventh Circuit Court of Appeals as his motion for prior authorization. The Court declines to do so, as the plain language of 28 U.S.C. § 2244(b)(3) is mandatory that the applicant "shall" obtain approval "before" filing the § 2255 application in the district court:

> Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.

Therefore, it is hereby

**ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2. The application under 28 U.S.C. § 2255 is summarily dismissed as an unauthorized successive application.

**DONE AND ORDERED** this *21st* day of August, 2013

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge